

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHANDNI, INC., A Texas Corporation; | § | |
| HARSHAD PATEL, An Individual; | | No. 08-18-00108-CV |
| SUNIL PATEL, An Individual; MANISH | § | |
| VANMALI, An Individual, | | Appeal from the |
| | § | |
| Appellants, | | 34th District Court |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| DHARMESH PATEL, | | (TC# 2014DCV0778) |
| | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF DECEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and McClure, Senior Judge
McClure, Senior Judge (Sitting by Assignment)